UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| ROSARIO GAMBINO<br>ALIEN NO. A12-392-286 | CIVIL ACTION NO. 08-1955<br>SECTION P |
| VS. | JUDGE MINALDI |
| MICHAEL CHERTOFF, ET AL | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** the Civil Right Complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed. 2d 619 (1971) be **DISMISSED WITHOUT PREJUDICE** for having been filed in a court of improper venue.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 29 day of April, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE